**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| GREGORY DOUGLAS JOHNSON, (TDCJ-CID # 652074) | § § § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION H-02-0344 |
| RONALD KELLY, *et al.*, | § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this

civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on June 25, 2007, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge

P\CASES\prisoner-habeas\2002\02-0344.P02.wpd